**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Markwell Hillside, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**DBA Holiday Inn Hillside** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**38-3666655** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4400 Frontage Road**<br>**Hillside, IL 60162** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ■ Other **Limited Liability Company** ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1)(9/030)

**FORM B1**, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Markwell Hillside, LLC**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X   **/s/ Joel A. Schechter 03122099**
Signature of Attorney for Debtor(s)

**Joel A. Schechter 03122099**
Printed Name of Attorney for Debtor(s)

**LAW OFFICES OF JOEL A. SCHECHTER**
Firm Name

**53 W. Jackson Blvd.**
**Suite 1025**
**Chicago, IL 60604**
Address           **Email: joelschechter@covad.net**

**(312)332-0267  Fax: (312)939-4714**
Telephone Number

**February 8, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Samuel Roti**
Signature of Authorized Individual

**Samuel Roti**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 8, 2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Markwell Hillside, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Accountemps<br>12400 Collections Center D<br>Chicago, IL 60693 | Accountemps<br>12400 Collections Center D<br>Chicago, IL 60693 | | | 20,032.43 |
| American of Martinsville<br>22819 Network Place<br>Chicago, IL 60673-1228 | American of Martinsville<br>22819 Network Place<br>Chicago, IL 60673-1228 | | | 56,243.65 |
| Avaya, Inc.<br>P.o. Box 93000<br>Chicago, IL 60673 | Avaya, Inc.<br>P.o. Box 93000<br>Chicago, IL 60673 | | | 20,045.55 |
| Guest Dist/Breckenridge<br>P.O. Box 7780-4700<br>Philadelphia, PA 19182-4700 | Guest Dist/Breckenridge<br>P.O. Box 7780-4700<br>Philadelphia, PA 19182-4700 | | | 55,778.24 |
| Herman Bogot & Company<br>730 N. Busse Highway<br>Park Ridge, IL 60068 | Herman Bogot & Company<br>730 N. Busse Highway<br>Park Ridge, IL 60068 | | | 52,287.75 |
| Hillside Citgo<br>4750 Roosevelt Rd.<br>Hillside, IL 60162 | Hillside Citgo<br>4750 Roosevelt Rd.<br>Hillside, IL 60162 | | | 14,232.07 |
| Home Depot<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | Home Depot<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | | | 12,703.25 |
| Illinois Department of Revenue<br>Retailers Occupation Tax<br>Springfield, IL 62796-0001 | Illinois Department of Revenue<br>Retailers Occupation Tax<br>Springfield, IL 62796-0001 | | | 17,097.05 |
| Illinois Department of Revenue<br>P.O. Box 19019<br>Springfield, IL 62794-9019 | Illinois Department of Revenue<br>P.O. Box 19019<br>Springfield, IL 62794-9019 | | | 98,524.97 |
| Intercontinental Hotels Grp.<br>P.O. Box 101074<br>Atlanta, GA 30392-1074 | Intercontinental Hotels Grp.<br>P.O. Box 101074<br>Atlanta, GA 30392-1074 | | | 66,220.18 |
| Leonard J. Brown Plumbing, Inc.<br>730 N. Busse Highway<br>Park Ridge, IL 60068 | Leonard J. Brown Plumbing, Inc.<br>730 N. Busse Highway<br>Park Ridge, IL 60068 | | | 11,880.56 |
| Martin Supply Company, Inc.<br>1942 East Lehigh Avenue<br>Glenview, IL 60025 | Martin Supply Company, Inc.<br>1942 East Lehigh Avenue<br>Glenview, IL 60025 | | | 15,919.46 |

In re  **Markwell Hillside, LLC** _____   Case No. _____
                                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sam Roti<br>c/o Holiday Inn Hillside<br>4400 Frontage Road<br>Hillside, IL 60162 | Sam Roti<br>c/o Holiday Inn Hillside<br>4400 Frontage Road<br>Hillside, IL 60162 | | | 25,752.44 |
| Sealy Mattress Company<br>P.O. Box 932800<br>Atlanta, GA 31193-2800 | Sealy Mattress Company<br>P.O. Box 932800<br>Atlanta, GA 31193-2800 | | | 26,752.80 |
| Snowhite Textile, Inc.<br>300 S. Lombard Rd.<br>Addison, IL 60101 | Snowhite Textile, Inc.<br>300 S. Lombard Rd.<br>Addison, IL 60101 | | | 17,998.42 |
| Sysco Food Services-Chgo<br>22232 Network Place<br>Chicago, IL 60673-1222 | Sysco Food Services-Chgo<br>22232 Network Place<br>Chicago, IL 60673-1222 | | | 20,283.43 |
| Tri Mark<br>Dept. CH 17131<br>Palatine, IL 60055-7131 | Tri Mark<br>Dept. CH 17131<br>Palatine, IL 60055-7131 | | | 29,635.78 |
| US Foods<br>P.O. Box 98420<br>Chicago, IL 60693-8420 | US Foods<br>P.O. Box 98420<br>Chicago, IL 60693-8420 | | | 16,942.58 |
| Village of Hillside<br>425 Hillside Ave.<br>Hillside, IL 60162 | Village of Hillside<br>425 Hillside Ave.<br>Hillside, IL 60162 | | | 50,521.05 |
| Village of Hillside<br>425 Hillside Avenue<br>Hillside, IL 60162 | Village of Hillside<br>425 Hillside Avenue<br>Hillside, IL 60162 | | | 119,560.29 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  **February 8, 2005** _____   Signature  **/s/ Samuel Roti** _____
                                                        **Samuel Roti**
                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
A.C.E.S.
380 Balm Court
Wood Dale, IL 60191


AA Service Co. & E. Shavitz
550 Anthony Trail
Northbrook, IL 60062


Abcom Computer Rental
526 Lunt Avenue
Schaumburg, IL 60193


Accountemps
12400 Collections Center D
Chicago, IL 60693


Affiliated Customer Svc
1441 Branding Lane
Downers Grove, IL 60515


American of Martinsville
22819 Network Place
Chicago, IL 60673-1228


Appel Uniforms
P.O.Box 932058
Atlanta, GA 31193-2058


Avaya, Inc.
P.o. Box 93000
Chicago, IL 60673


Barr Sales, Inc.
8130 W. 47th St.
Lyons, IL 60534


Battaglia
2545 S. Ashland Ave.
Chicago, IL 60608


Beautiful Finishes, Inc.
P.O. Box 122
Bensenville, IL 60106
```

Bryan I. Schwartz
Levenfeld Pearlstein
2 N. LaSalle, Suite 1300
Chicago, IL 60602


Carpet Service Intl.
1821 Cicero
Cicero, IL 60804


Chicago Tribune
P.O. Box 8685
Chicago, IL 60680-8685


Citizens Financial Services, FSB
1100 Joliet St.
Dyer, IN 46311


Conde-Nast
P.O. Box 5350
New York, NY 10087-5350


Corporation Service Company
P.O. Box 13397
Philadelphia, PA 19101-3397


Cosmopolitan Textile
4508 W. 46th St.
Chicago, IL 60632


Cybor Fire Protection Company
5123 Thatcher Road
Downers Grove, IL 60515


Danka
4388 Collections Center Drive
Chicago, IL 60693


Del Ray Tortilleria, Inc.
5201 W. Grand Ave.
Chicago, IL 60639


Ecolab
P.O. Box 70343
Chicago, IL 60673-0343

```
Elm Heating & Cooling
8527 W. Grand Ave.
River Grove, IL 60171


Empire Cooler Service
940 W. Chicago Ave.
Chicago, IL 60622


Fashion Bed Group
P.O. Box 952092
Saint Louis, MO 63195-2092


Greenwoods Collection
P.O.Box 188
Sunman, IN 47041-0188


Guest Dist/Breckenridge
P.O. Box 7780-4700
Philadelphia, PA 19182-4700


Health South Medical Clinic
2615 W. Harrison
Bellwood, IL 60104


Hemstreet Door Specialists
7516 Brown
Forest Park, IL 60130


Herman Bogot & Company
730 N. Busse Highway
Park Ridge, IL 60068


Hillside Citgo
4750 Roosevelt Rd.
Hillside, IL 60162


Hillside Disposal Svc.
4152 May Street
Hillside, IL 60162-1878


Home Depot
P.O. Box 509058
San Diego, CA 92150-9058
```

```
Hufcor-Chicago
730 Foster Ave.
Bensenville, IL 60106


Illinois Department of Revenue
Springfield, IL 62794-9019


Illinois Department of Revenue
P.O. Box 19019
Springfield, IL 62794-9019


Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62796-0001


Illinois Paper Company
6 Territorial Court
Bolingbrook, IL 60440


Industrial Waste Mgmt Corp.
2515 S. Wabash Ave.
Chicago, IL 60616


Inn-Pac
Three Ravinia Drive
Atlanta, GA 30346


Intercontinental Hotels Grp.
P.O. Box 101074
Atlanta, GA 30392-1074


J.A.M. Communications
2210 North Ave.
Melrose Park, IL 60160


J.C. Licht
320 Fullerton Ave.
Carol Stream, IL 60188-1866


J.S. Paluch Co. Inc.
P.O. Box 2703
Schiller Park, IL 60176
```

```
JMS Electric Inc.
1006 Morse Ave.
Schaumburg, IL 60193


Kraft Auto & Tire
5746 St. Charles Road
Berkeley, IL 60163


Labriola
5324 E. 123rd Place
Alsip, IL 60803


Laner & Muchin
515 N. State St.
Chicago, IL 60610


Leonard J. Brown Plumbing, Inc.
730 N. Busse Highway
Park Ridge, IL 60068


Liberty Group Publishing
709 Enterprise Dr.
Oak Brook, IL 60523-8814


Loyola Medical Center
2160 S. First Ave.
Maywood, IL 60153


Martin Supply Company, Inc.
1942 East Lehigh Avenue
Glenview, IL 60025


Master Elevator Co.
7255 N. Harlem
Niles, IL 60714


Media Resources, Inc.
740 Front Street
Lisle, IL 60532-2207


Mid-American Printing Sys.
400 S. Jefferson St.
Chicago, IL 60607
```

```
Mill Distributers
P.O. Box 92427
Cleveland, OH 44193


Modern Bride Connection
P.O. Box 5350
New York, NY 10087-5350


Modern Career Apparel
71 West Seegers Road
Arlington Heights, IL 60005


Northstar Travel Media
P.O. Box 2087
Carol Stream, IL 60132


Olympic Maintenance, Inc.
3025 Soffel
Melrose Park, IL 60160


Pioneer Press
3701 West Lake Avenue
Glenview, IL 60025


Premium Data Marketing
555 Route 78
Swanton, VT 05488


Progressive Eye Care
1020 East Ogden Avenue
Naperville, IL 60563


Quality Cabinet Refacing Service
889 Wood Avenue
Geneva, IL 60134


Quality Dairy Distributors
136 S. Eighth Ave.
Maywood, IL 60153


Quality Filter Service, Inc.
P.O. Box 1765
North Riverside, IL 60546
```

```
Quill Corporation
P.O. Box 94061
Palatine, IL 60094-4081


Radi-Link, Inc.
39W284 Highland Ave.
Elgin, IL 60123


Raincoat Roofing Systems, Inc.
1750 W. Parkes Drive
Broadview, IL 60155


Reinhart Food Service
9950 S. Reinhart Drive
Oak Creek, WI 53154-0396


Richard D. Shinn, M.D., S.C.
1730 Park St.
Naperville, IL 60563


Royal Publishing
7620 N. Harker St.
Peoria, IL 61612-3939


S&S Contractors
1870 Powell Drive
Columbus, IN 47201


Sam Roti
c/o Holiday Inn Hillside
4400 Frontage Road
Hillside, IL 60162


Scott Sign Systems, Inc.
P.O. Box 1047
Tallevast, FL 34270-1047


Sealy Mattress Company
P.O. Box 932800
Atlanta, GA 31193-2800


Snowhite Textile, Inc.
300 S. Lombard Rd.
Addison, IL 60101
```

```
Springfield Corporation
P.O. Box 620189
Atlanta, GA 30362


State of Illinois
1035 Stevenson Drive
Springfield, IL 62703-4259


Sysco Food Services-Chgo
22232 Network Place
Chicago, IL 60673-1222


Temperature Equip. Corp.
135 S. LaSalle
Chicago, IL 60674-1778


Tri Mark
Dept. CH 17131
Palatine, IL 60055-7131


Unisource/JEFCO Group
2650 B Bradley Place
Chicago, IL 60618


United Armored Services
2100 W. 21st St.
Broadview, IL 60155


United Temps, Inc.
1550 S. Indiana Ave.
Chicago, IL 60605


US Foods
P.O. Box 98420
Chicago, IL 60693-8420


Village of Hillside
425 Hillside Avenue
Hillside, IL 60162


Village of Hillside, Histor Comm.
30 North Wolf Road
Hillside, IL 60162
```

W.W. Grainger
Dept. 136 8O1621624
Palatine, IL 60038-0001


Waste Management
P.O. Box 9001054
Louisville, KY 40290-1054


Water Warehouse Commercial
6950 51st St.
Kenosha, WI 53144


Webb Communications
4360 N. Stoneharbor Dr.
Hoffman Estates, IL 60195


White Way Sign
135 S. LaSalle St.
Chicago, IL 60674-4716


Xerox Corportion
P.O. Box 802567
Chicago, IL 60680-2567


XO Corporation
P.O. Box 828618
Philadelphia, PA 19182-8618


Ze-Net
670 International Pkwy.
Richardson, TX 75081