**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 05 B 04073** |
| **MARKWELL HILLSIDE, LLC,** ) | Chapter 11 |
| **d/b/a HOLIDAY INN HILLSIDE,** ) | Honorable Carol A. Doyle |
| ) | |
| **Debtor.** ) | |

### NOTICE OF FINAL HEARING ON USE OF CASH COLLATERAL

TO:   See Attached Service List

PLEASE TAKE NOTICE that on May 3, 2005 at 10:30 a.m. or as soon thereafter as counsel may be heard, the Honorable Carol A. Doyle or any judge sitting in her stead, in Room 742 at the United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, shall conduct a *FINAL HEARING ON THE USE OF CASH COLLATERAL*.

On April 5, 2005 Judge Doyle entered an interim order to use cash collateral subject to the pre-petition liens of CITIZENS FINANCIAL SERVICES, FSB.  **THE FINAL ORDER ON THE USE OF CASH COLLATERAL SEEKS TO GRANT A REPLACEMENT LIEN TO CITIZENS FINANCIAL SERVICES, FSB ON ALL ASSETS OF THE DEBTOR TO THE EXTENT OF THE VALUE OF THE COLLATERAL SECURING CITIZEN'S LIEN AS OF THE DATE OF THE BANKRUPTCY FILING.**  On March 31, 2005, Citizens Financial Services, FSB filed a conditional motion to prohibit the use of cash collateral.  All objections to the use of cash collateral of the Debtor or the liens that may be granted to Citizens Financial Services, FSB shall be filed with the court by no later than April 26, 2005 and shall be served on counsel for Citizens Financial Services, FSB, the Debtor's attorney, Joel Schechter and the U.S. Trustee.

**CITIZENS FINANCIAL SERVICES, FSB**

By:   */s/Bryan I. Schwartz*
      One of Its Attorneys

BRYAN I. SCHWARTZ (ARDC #6192739)
CHRISTOPHER S. GRIESMEYER (ARDC#6269851)
JAMES MARTIGNON (ARDC#6277974)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Ste. 1300
Chicago, Illinois 60602
(312) 346-8380
(312) 346-8434 (Fax)

STATE OF ILLINOIS    )
                            ) SS
COUNTY OF COOK    )

## CERTIFICATE OF SERVICE

      The undersigned, under oath states that he caused a copy of this *Notice of Final Hearing on Use of Cash Collateral* to be sent to the person(s) to whom it is directed at the address(es) indicated by first class mail, postage prepaid, by depositing the same in the U.S. Mail Chute located at 2 N. LaSalle Street, Chicago, Illinois, prior to 5:00 p.m. on April 7, 2005.

                                                      */s/Bryan I. Schwartz*
                                                      Bryan I. Schwartz

747775_1

## SERVICE LIST
*In Re Markwell Hillside, LLC*
Case No. 05 B 04073
(Updated 4/6/05)

Accountemps
12400 Collections Center D
Chicago, IL 60693

Avaya, Inc.
P.O. Box 93000
Chicago, IL 60673

Guest Dist/Breckenridge
P.O. Box 7780-4700
Philadelphia, PA 19182-4700

Herman Bogot & Co.
730 N. Busse Highway
Park Ridge, IL 60068

Hillside Citgo
4750 Roosevelt Road
Hillside, IL 60162

Home Depot
P.O. Box 509058
San Diego, CA 92150-9058

Illinois Department of Revenue
P.O. Box 19019
Springfield, IL 62794-9019

Intercontinental Hotels Grp.
P.O. Box 101074
Atlanta, GA 30392-1074

Martin Supply Co., Inc.
1942 East LeHigh Avenue
Glenview, IL 60025

Sam Roti, President/Individually
Markwell Hillside, LLC
4400 Frontage Road
Hillside, IL 60162

Sealy Mattress Company
P.O. Box 932800
Atlanta, GA 31193-2800

Snowhite Textile, Inc.
300 S. Lombard Rd.
Addison, IL 60101

Sysco Food Services – Chgo
22232 Network Place
Chicago, IL 60673-1222

U.S. Foods
P.O. Box 98420
Chicago, IL 60693-8420

Mr. Patrick Deady
Village of Hillside
425 Hillside Avenue
Hillside, IL 60162

Village of Hillside
Histor. Comm.
30 N. Wolf Rd.
Hillside, IL 60162

Stephen Wolfe
Office of U.S. Trustee
227 W. Monroe St. – Ste 3350
Chicago, IL 60606

Richard H. Fimoff
Robbins, Salomon & Pratt, Ltd.
25 E. Washington St. – Ste 1000
Chicago, IL 60602

Mr. Sam Roti - President
Markwell Hillside, LLC
4400 Frontage Road
Hillside, IL 60162

Joel A. Schechter
Law Offices of Joel A. Schecter
53 W. Jackson Blvd. – Ste. 1025
Chicago, IL 60604

American of Martinsville
22819 Network Place
Chicago, IL 60673-1228

Cook County Collector
P.O. Box 7552
Chicago, IL 60680-7552

Tri Mark
Dept. CH 17131
Palatine, IL 60055-7131

Mr. Robert Bruce
Bridgeview Bank Group
7940 S. Harlem
Bridgeview, IL 60455

Mr. David M. Neff
Mr. Brian Audette
DLA Piper Rudnick Gray Cary US
203 N. LaSalle St., Suite 1900
Chicago, IL 60601

745632v1