UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable   Carol A. Doyle                               Date   September 26, 2007

Case No.   05 B 04073                                    Adversary No. _____

Title of Case   MARKWELL HILLSIDE, LLC., Debtor

Brief Statement of Motion   Motion of Joel A. Schechter, Counsel for the Debtor, to Extend Time to File Final Fee Application

Names and Addresses of moving counsel   Joel A. Schechter, Esq., Law Offices of Joel A. Schechter, 53 W. Jackson Boulevard, Suite 1025, Chicago, Illinois 60604

Representing   Debtor

## ORDER

_____
_____
_____
_____
_____
_____
_____
_____
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05 B 04073 |
| | ) | |
| MARKWELL HILLSIDE, LLC., | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor. | ) | Chapter 11 |

## ORDER EXTENDING THE TIME FOR JOEL A. SCHECHTER, COUNSEL FOR THE DEBTOR, TO FILE FINAL FEE APPLICATION

At Chicago, Illinois this 26th day of September, 2007, before the Honorable Carol A. Doyle, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing on the motion of Joel A. Schechter, Counsel for the Debtor, MARKWELL HILLSIDE, LLC., for the entry of an order extending the time to file his final fee application; due notice having been served upon all parties in interest; the Court having jurisdiction and being fully advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that the time for Joel A. Schechter, Counsel for the Debtor, to file his final fee application be, and hereby is, extended to and including August 31, 2007.

ENTER:

_____
Bankruptcy Judge

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1025
Chicago, Illinois 60604; (312) 332-0267