**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| MARKWELL HILLSIDE LLC | ) | |
| f/d/b/a HOLIDAY INN HILLSIDE, | ) | CASE NO. 05-04073 |
| | ) | |
| | ) | JUDGE  CAROL A. DOYLE |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60602

    on: **March 24, 2009**
    at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                         $          123,855.90

    b. Disbursements                                 $            56,737.79

    c. Net Cash Available for Distribution    $            67,118.11

4. Applications for Chapter 7 administrative fees and expenses have been filed as follows:

| | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Richard M. Fogel, Trustee | $ 0.00 | $ 9,343.91 | $ 4.68 |
| Shaw Gussis, Atty for Trustee | $ 0.00 | $ 9,972.50 | $ 354.75 |
| Alan D. Lasko, Trustee's Accountant | $ 19,888.95 | $ 3,413.50 | $ 156.28 |

{5606 NTC A0224419.DOC}

5. Requests for allowance of Chapter 11 administrative fees and expenses have been allowed as set forth below. The final dividend for Chapter 11 administrative claimants is anticipated to be 17.14%.

| Claimant | Interim Dividend Previously Paid | Amount of Allowed Claim | Proposed Final Dividend |
|---|---:|---:|---:|
| Holiday Hospitality Franchising | $ 831.35 | $ 11,946.21 | $ 1,215.78 |
| Joel A. Schechter | $ 1,283.57 | $ 18,444.59 | $ 1,877.12 |
| Advocate Occupational Health | $ 31.06 | $ 446.39 | $ 45.43 |
| Aramark Uniform & Career Apparel | $ 961.66 | $ 13,818.80 | $ 1,406.35 |
| Chem-Wise Pest Management | $ 13.92 | $ 200.00 | $ 20.35 |
| CITGO Fleet Services | $ 437.66 | $ 6,288.95 | $ 640.02 |
| Citizen's Financial Services, FSB | $ 13,196.76 | $ 189,633.73 | $ 19,299.16 |
| Courtesy Products | $ 103.25 | $ 1,483.61 | $ 150.98 |
| Denormandie Towel Service | $ 162.55 | $ 2,335.83 | $ 237.72 |
| Garvey's Office Products | $ 30.76 | $ 441.97 | $ 44.98 |
| Hansen Services | $ 145.81 | $ 2,095.32 | $ 213.25 |
| Illinois Dept. of Revenue | $ 6,450.74 | $ 92,695.30 | $ 9,433.67 |
| Jeanne D. Waliczek | $ 94.50 | $ 1,358.00 | $ 138.21 |
| Job 1 Fire Protection Services | $ 10.84 | $ 155.80 | $ 15.86 |
| Lato Supply Co. | $ 508.13 | $ 7,301.72 | $ 743.10 |
| Lezza Spumoni & Desserts | $ 27.49 | $ 395.05 | $ 40.21 |
| Per Mar Security | $ 285.58 | $ 4,103.65 | $ 417.63 |
| QSL Enterprises | $ 61.94 | $ 890.00 | $ 90.57 |
| Special T Unlimited | $ 5.83 | $ 83.74 | $ 8.52 |
| Steiner Electric Company | $ 40.97 | $ 588.73 | $ 59.92 |
| TNC, Inc. | $ 1,075.14 | $ 15,449.52 | $ 1,572.31 |
| Val-U-Chem, Inc. | $ 15.33 | $ 220.28 | $ 22.42 |
| Vidtech Audio Visual | $ 122.90 | $ 1,766.00 | $ 179.72 |
| Village of Hillside | $ 4,011.79 | $ 57,648.32 | $ 5,866.91 |
| Aspen Specialty Insurance | $ 90.47 | $ | $ 132.30 |

6. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $382,640.57 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 025 | Village of Hillside | 240,381.66 | 0.00 |
| 032A | Illinois Department of Revenue | 3,733.99 | 0.00 |
| 046 | Department of Treasury-IRS | 5,000.00 | 0.00 |
| 074 | Illinois Department of Revenue | 92,695.30 | 0.00 |

{5606 NTC A0224419.DOC}

| | | | |
|---|---|---:|---:|
| 075A | Illinois Department of Revenue | 39,545.14 | 0.00 |
| 076A | Illinois Department of Revenue | 1,239.44 | 0.00 |
| 077A | Illinois Department of Revenue | 45.04 | 0.00 |

7. Claims of general unsecured creditors totaling $13,912,693.98, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 001 | Labriola | 313.18 | 0.00 |
| 002 | Snowhite Textile | 17,294.42 | 0.00 |
| 003 | Greenwoods Collections | 507.70 | 0.00 |
| 004 | JMS Electric | 415.60 | 0.00 |
| 005 | Ze-Net | 620.00 | 0.00 |
| 006 | Royal Publishing | 380.00 | 0.00 |
| 007 | Illinois Paper Co. | 1,548.24 | 0.00 |
| 008 | Temperature Equipment Corp. | 194.92 | 0.00 |
| 009 | Abcom Computer Rental | 284.00 | 0.00 |
| 010 | Water Warehouse Commercial | 2,152.81 | 0.00 |
| 011 | Appel Uniforms | 2,103.66 | 0.00 |
| 012 | Laner Muchin Dombrow | 8,218.63 | 0.00 |
| 013 | Cybor Fire Protection | 1,200.00 | 0.00 |
| 014 | Affiliated Customer Service | 2,641.30 | 0.00 |
| 015 | Liberty Group Publishing | 382.44 | 0.00 |
| 016 | Unisource/JEFCO Group | 819.93 | 0.00 |
| 017 | Sysco Food Services | 40,783.40 | 0.00 |
| 018 | Advance Magazine Publishers | 1,867.20 | 0.00 |
| 019 | Quality Dairy Distributors | 2,101.01 | 0.00 |
| 020 | Ecolab | 2,550.35 | 0.00 |
| 021 | Guest Dist | 55,322.46 | 0.00 |
| 022 | Ladd Contract Sales | 56,772.92 | 0.00 |
| 024 | Martin Supply Company | 20,265.42 | 0.00 |
| 026 | Quill Corp. | 1,646.46 | 0.00 |
| 028 | XO Communications | 7,250.49 | 0.00 |

{5606 NTC A0224419.DOC}

| | | | |
|---|---|---:|---:|
| 032B | Illinois Department of Revenue | 74.60 | 0.00 |
| 033 | Home Depot Supply | 14,670.79 | 0.00 |
| 034 | Empire Cooler Service | 600.00 | 0.00 |
| 035 | XEROX Corporation | 1,719.88 | 0.00 |
| 036 | WW Grainger | 5,845.15 | 0.00 |
| 037 | Citizens Financial Services | 5,850,731.13 | 0.00 |
| 038 | Coca Cola Enterprises | 3,657.35 | 0.00 |
| 039 | Accountemps | 20,032.43 | 0.00 |
| 040 | American Hotel register | 1,244.52 | 0.00 |
| 041 | Aramark Uniform | 13,818.80 | 0.00 |
| 042 | Holiday Hospitality Franchising | 187,368.61 | 0.00 |
| 043 | Barr Sales | 418.00 | 0.00 |
| 044 | Marcat Inc. | 12,463.57 | 0.00 |
| 045 | Raincoat Roofing Systems | 884.00 | 0.00 |
| 047 | Bridgeview Bank | 7,462,236.55 | 0.00 |
| 048 | Micros Systems | 9,341.29 | 0.00 |
| 051 | Affiliated Customer Service | 2,641.30 | 0.00 |
| 055 | Mid-American Painting | 501.60 | 0.00 |
| 056 | JAM Communications | 395.20 | 0.00 |
| 057 | CIT Communication Finance | 61,241.43 | 0.00 |
| 064 | Media Resources | 300.00 | 0.00 |
| 072 | Beautiful Finishes | 5,207.90 | 0.00 |
| 075B | Illinois Department of Revenue | 11,797.66 | 0.00 |
| 076B | Illinois Department of Revenue | 4,540.37 | 0.00 |
| 077B | Illinois Department of Revenue | 3,520.10 | 0.00 |
| 080 | Fashion Bed Group | 277.30 | 0.00 |
| 084 | Master Elevator | 9,527.91 | 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

{5606 NTC A0224419.DOC}

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing: NONE

Dated:   **February 20, 2009**                 For the Court,

                        By:   **KENNETH S. GARDNER**
                            Kenneth S. Gardner
                            Clerk of the United States Bankruptcy Court
                            219 S. Dearborn Street, 7th Floor
                            Chicago, IL  60604