**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| MARKWELL HILLSIDE LLC | ) | |
| f/d/b/a HOLIDAY INN HILLSIDE, | ) | CASE NO. 05-04073 |
| | ) | |
| | ) | JUDGE  CAROL A. DOYLE |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

   At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60602

   on:  **March 24, 2009**
   at:  **10:30 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   a. Receipts                                         $         123,855.90

   b. Disbursements                                    $          56,737.79

   c. Net Cash Available for Distribution              $          67,118.11

4.   Applications for Chapter 7 administrative fees and expenses have been filed as follows:

| | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Richard M. Fogel, Trustee | $    0.00 | $    9,343.91 | $    4.68 |
| Shaw Gussis, Atty for Trustee | $    0.00 | $    9,972.50 | $    354.75 |
| Alan D. Lasko, Trustee's Accountant | $    19,888.95 | $    3,413.50 | $    156.28 |

{5606 NTC A0224419.DOC}

5.  Requests for allowance of Chapter 11 administrative fees and expenses have been allowed as set forth below. The final dividend for Chapter 11 administrative claimants is anticipated to be 17.14%.

| Claimant | Interim Dividend Previously Paid | Amount of Allowed Claim | Proposed Final Dividend |
|---|---:|---:|---:|
| Holiday Hospitality Franchising | $ 831.35 | $ 11,946.21 | $ 1,215.78 |
| Joel A. Schechter | $ 1,283.57 | $ 18,444.59 | $ 1,877.12 |
| Advocate Occupational Health | $ 31.06 | $ 446.39 | $ 45.43 |
| Aramark Uniform & Career Apparel | $ 961.66 | $ 13,818.80 | $ 1,406.35 |
| Chem-Wise Pest Management | $ 13.92 | $ 200.00 | $ 20.35 |
| CITGO Fleet Services | $ 437.66 | $ 6,288.95 | $ 640.02 |
| Citizen's Financial Services, FSB | $ 13,196.76 | $ 189,633.73 | $ 19,299.16 |
| Courtesy Products | $ 103.25 | $ 1,483.61 | $ 150.98 |
| Denormandie Towel Service | $ 162.55 | $ 2,335.83 | $ 237.72 |
| Garvey's Office Products | $ 30.76 | $ 441.97 | $ 44.98 |
| Hansen Services | $ 145.81 | $ 2,095.32 | $ 213.25 |
| Illinois Dept. of Revenue | $ 6,450.74 | $ 92,695.30 | $ 9,433.67 |
| Jeanne D. Waliczek | $ 94.50 | $ 1,358.00 | $ 138.21 |
| Job 1 Fire Protection Services | $ 10.84 | $ 155.80 | $ 15.86 |
| Lato Supply Co. | $ 508.13 | $ 7,301.72 | $ 743.10 |
| Lezza Spumoni & Desserts | $ 27.49 | $ 395.05 | $ 40.21 |
| Per Mar Security | $ 285.58 | $ 4,103.65 | $ 417.63 |
| QSL Enterprises | $ 61.94 | $ 890.00 | $ 90.57 |
| Special T Unlimited | $ 5.83 | $ 83.74 | $ 8.52 |
| Steiner Electric Company | $ 40.97 | $ 588.73 | $ 59.92 |
| TNC, Inc. | $ 1,075.14 | $ 15,449.52 | $ 1,572.31 |
| Val-U-Chem, Inc. | $ 15.33 | $ 220.28 | $ 22.42 |
| Vidtech Audio Visual | $ 122.90 | $ 1,766.00 | $ 179.72 |
| Village of Hillside | $ 4,011.79 | $ 57,648.32 | $ 5,866.91 |
| Aspen Specialty Insurance | $ 90.47 | $ | $ 132.30 |

6.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $382,640.57 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 025 | Village of Hillside | 240,381.66 | 0.00 |
| 032A | Illinois Department of Revenue | 3,733.99 | 0.00 |
| 046 | Department of Treasury-IRS | 5,000.00 | 0.00 |
| 074 | Illinois Department of Revenue | 92,695.30 | 0.00 |

{5606 NTC A0224419.DOC}

| | | | |
|---|---|---:|---:|
| 075A | Illinois Department of Revenue | 39,545.14 | 0.00 |
| 076A | Illinois Department of Revenue | 1,239.44 | 0.00 |
| 077A | Illinois Department of Revenue | 45.04 | 0.00 |

7.  Claims of general unsecured creditors totaling $13,912,693.98, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 001 | Labriola | 313.18 | 0.00 |
| 002 | Snowhite Textile | 17,294.42 | 0.00 |
| 003 | Greenwoods Collections | 507.70 | 0.00 |
| 004 | JMS Electric | 415.60 | 0.00 |
| 005 | Ze-Net | 620.00 | 0.00 |
| 006 | Royal Publishing | 380.00 | 0.00 |
| 007 | Illinois Paper Co. | 1,548.24 | 0.00 |
| 008 | Temperature Equipment Corp. | 194.92 | 0.00 |
| 009 | Abcom Computer Rental | 284.00 | 0.00 |
| 010 | Water Warehouse Commercial | 2,152.81 | 0.00 |
| 011 | Appel Uniforms | 2,103.66 | 0.00 |
| 012 | Laner Muchin Dombrow | 8,218.63 | 0.00 |
| 013 | Cybor Fire Protection | 1,200.00 | 0.00 |
| 014 | Affiliated Customer Service | 2,641.30 | 0.00 |
| 015 | Liberty Group Publishing | 382.44 | 0.00 |
| 016 | Unisource/JEFCO Group | 819.93 | 0.00 |
| 017 | Sysco Food Services | 40,783.40 | 0.00 |
| 018 | Advance Magazine Publishers | 1,867.20 | 0.00 |
| 019 | Quality Dairy Distributors | 2,101.01 | 0.00 |
| 020 | Ecolab | 2,550.35 | 0.00 |
| 021 | Guest Dist | 55,322.46 | 0.00 |
| 022 | Ladd Contract Sales | 56,772.92 | 0.00 |
| 024 | Martin Supply Company | 20,265.42 | 0.00 |
| 026 | Quill Corp. | 1,646.46 | 0.00 |
| 028 | XO Communications | 7,250.49 | 0.00 |

{5606 NTC A0224419.DOC}

| | | | |
|---|---|---:|---:|
| 032B | Illinois Department of Revenue | 74.60 | 0.00 |
| 033 | Home Depot Supply | 14,670.79 | 0.00 |
| 034 | Empire Cooler Service | 600.00 | 0.00 |
| 035 | XEROX Corporation | 1,719.88 | 0.00 |
| 036 | WW Grainger | 5,845.15 | 0.00 |
| 037 | Citizens Financial Services | 5,850,731.13 | 0.00 |
| 038 | Coca Cola Enterprises | 3,657.35 | 0.00 |
| 039 | Accountemps | 20,032.43 | 0.00 |
| 040 | American Hotel register | 1,244.52 | 0.00 |
| 041 | Aramark Uniform | 13,818.80 | 0.00 |
| 042 | Holiday Hospitality Franchising | 187,368.61 | 0.00 |
| 043 | Barr Sales | 418.00 | 0.00 |
| 044 | Marcat Inc. | 12,463.57 | 0.00 |
| 045 | Raincoat Roofing Systems | 884.00 | 0.00 |
| 047 | Bridgeview Bank | 7,462,236.55 | 0.00 |
| 048 | Micros Systems | 9,341.29 | 0.00 |
| 051 | Affiliated Customer Service | 2,641.30 | 0.00 |
| 055 | Mid-American Painting | 501.60 | 0.00 |
| 056 | JAM Communications | 395.20 | 0.00 |
| 057 | CIT Communication Finance | 61,241.43 | 0.00 |
| 064 | Media Resources | 300.00 | 0.00 |
| 072 | Beautiful Finishes | 5,207.90 | 0.00 |
| 075B | Illinois Department of Revenue | 11,797.66 | 0.00 |
| 076B | Illinois Department of Revenue | 4,540.37 | 0.00 |
| 077B | Illinois Department of Revenue | 3,520.10 | 0.00 |
| 080 | Fashion Bed Group | 277.30 | 0.00 |
| 084 | Master Elevator | 9,527.91 | 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

{5606 NTC A0224419.DOC}

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing: NONE

Dated:   **February 20, 2009**              For the Court,

                                By:  **KENNETH S. GARDNER**
                                     Kenneth S. Gardner
                                     Clerk of the United States Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL  60604

{5606 NTC A0224419.DOC}

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 3                   Date Rcvd: Feb 20, 2009
Case: 05-04073                 Form ID: pdf002              Total Served: 151

The following entities were served by first class mail on Feb 22, 2009.
db          +Markwell Hillside, LLC,    4400 Frontage Road,    Hillside, IL 60162-1734
aty         +Carl Gigante,    Figliulo & Silverman PC,    10 S LaSalle Street,    Suite 3600,
              Chicago, IL 60603-1032
aty         +Jeffrey A Holland,    Madigan & Getzendanner,    30 N LaSalle St,    Suite 3906,
              Chicago, IL 60602-3330
aty         +Raymond T Reott,    Reott Law Offices LLL,    35 East Wacker Dr Suite 650,    Chicago, IL 60601-2119
aty         +Shaw Guissis Fishman Glantz Wolfson & Towbin LLC,    321 N Clark Street,    Suite 800,
              Chicago, IL 60654-4766
10849419    +7940 S. Harlem Avenue,    Bridgeview, IL 60455-1500
8917833     +A.C.E.S.,    380 Balm Court,    Wood Dale, IL 60191-1253
8917834     +AA Service Co. & E. Shavitz,    550 Anthony Trail,    Northbrook, IL 60062-2538
8917835     +Abcom Computer Rental,    516 Lunt Avenue,    Schaumburg, IL 60193-4408
9701228     +Abcom Computer Rental,    626 Lunt Avenue,    Schaumburg, IL 60193-4411
9071689     +Acccountemps,    Div of Robert Half International,    5720 Stoneridge Drive Suite Three,
              Pleasanon CA 94588-4521,    Attn: Karen Lima
8917836     +Accountemps,    12400 Collections Center D,    Chicago, IL 60693-0124
9004634     +Advance Magazine Publishers Inc,    1313 N Market Street,    12th Floor,
              Wilmington, DE 19801-1151
8917837     +Affiliated Customer Svc Inc,    1441 Branding Lane Ste 260,    Downers Grove, IL 60515-1188
9701227      American Hotel Register,    PO Box 94150,    Palatine, IL 60094-4150
9725022     +American Hotel Register Co,    100 S Milwaukee,    Vernon Hills, IL 60061-4322
8917838      American of Martinsville,    22819 Network Place,    Chicago, IL 60673-1228
8917839      Appel Uniforms,    P.O.Box 932058,    Atlanta, GA 31193-2058
9784754     +Aramark Uniform & Career Apparel Inc,    c/o Sheila R Schwager,
              Hawley Troxell Ennis & Hawley LLP,    PO Box 1617,    Boise, ID 83701-1617
11889137    +Aspen Specialty Insurance,    B & R Inc,    399 U S Highway 4,    Barrington, NH 03825-3128
9701226     +Avaya Financial Services,    One CIT Drive,    Livingston, NJ 07039-5703
8917840     +Avaya, Inc.,    P.o. Box 93000,    Chicago, IL 60673-0001
8917841     +Barr Sales, Inc.,    8130 W. 47th St.,    Lyons, IL 60534-1836
8917842     +Battaglia,    2545 S. Ashland Ave.,    Chicago, IL 60608-5320
8917843     +Beautiful Finishes, Inc.,    PO Box 806,    Bensenville, IL 60106-0806
8917844     +Bryan I. Schwartz,    Levenfeld Pearlstein,    2 N. LaSalle, Suite 1300,    Chicago, IL 60602-3709
11291070    +CIT Communications Finance Corp,    dba Avaya Financial Svs,    1 CIT Dr Suite 4104A,
              Livingston, NJ 07039-5703
10987905    +CIT Communications Finance Corporation,    FKA Newcourt Communications Finance Corp,
              1 CIT Drive  Suite 4104A,    Livingston, NJ 07039-5703
8917845     +Carpet Service Intl.,    1821 Cicero,    Cicero, IL 60804-2544
11240873    +Chem Wise Pest Mgmt,    2 1/2 W Wilson Suite A1,    Batavia, IL 60510-1943
8917846      Chicago Tribune,    P.O. Box 8685,    Chicago, IL 60680-8685
11396336    +Citgo Fleet,    PO Box 923928,    Norgross, GA 30010-3928
11253805    +Citizens Financial Services FSB,    5311 Hohman Ave,    Hammond, IN 46320-1809
8917847     +Citizens Financial Services, FSB,    c/o Levenfeld Pearlstein,    2 N LaSalle St., Ste 1300,
              Chicago, IL 60602-3709
9553540     +Coca Cola Enterprises - Lakeshore Div,    Judi Buentiempo Coca Cola,    521 Lake Kathy Dr,
              Branden, FL 33510-3945
11232859    +Collection Prof Inc,    Hansen Services,    1256 W Jefferson,    Joliet, IL 60435-6886
8917848      Conde-Nast,    P.O. Box 5350,    New York, NY 10087-5350
8917849      Corporation Service Company,    P.O. Box 13397,    Philadelphia, PA 19101-3397
8917850     +Cosmopolitan Textile,    4508 W. 46th St.,    Chicago, IL 60632-4359
11293506     Courtesy Products,    10840 Lin Page Pl,    St Louis MO 63132-1008,    attn: Sally Palmer
8917851     +Cybor Fire Protection Company,    5123 Thatcher Road,    Downers Grove, IL 60515-4029
8917852     +Danka,    4388 Collections Center Drive,    Chicago, IL 60693-0043
9141142     +David M Neff Brian A Audette,    DLA Piper Rudnick Gray Cary US LLP,    203 North LaSalle Street,
              Suite 1900,    Chicago, IL 60601-1263
11297215    +DeNormandie Towel Services,    7780 S Dante Ave,    Chicago, IL 60619-3495
8917853     +Del Ray Tortilleria, Inc.,    5201 W. Grand Ave.,    Chicago, IL 60639-3007
8917854     +Ecolab,    P.O. Box 70343,    Chicago, IL 60673-0001
8917855     +Elm Heating & Cooling,    8527 W. Grand Ave.,    River Grove, IL 60171-1417
8917856     +Empire Cooler Service,    940 W. Chicago Ave.,    Chicago, IL 60642-5494
8917857     +Fashion Bed Group,    L&P Financial Services Co,    No. 1 Leggett Road,    Carthage MO 64836-9649,
              Attn:  Robyn Rose
11260777     Garveys Office Products,    6001 Gross Point Rd,    Niles, IL 60714-4027
8917858      Greenwoods Collection,    P.O.Box 188,    Sunman, IN 47041-0188
8917859      Guest Dist/Breckenridge,    P.O. Box 7780-4700,    Philadelphia, PA 19182-4700
8917860     +Health South Medical Clinic,    2615 W. Harrison,    Bellwood, IL 60104-2450
8917861     +Hemstreet Door Specialists,    7516 Brown,    Forest Park, IL 60130-1018
8917862     +Herman Bogot & Company,    730 N. Busse Highway,    Park Ridge, IL 60068-2402
8917863     +Hillside Citgo,    4750 Roosevelt Rd.,    Hillside, IL 60162-2036
8917864     +Hillside Disposal Svc.,    4152 May Street,    Hillside, IL 60162-1837
9117857     +Holiday Hospitality Franchising Inc,    Charles W Brown Managing Attorney,
              Three Ravinia Drive Suite 100,    Atlanta, GA 30346-2121
8917865      Home Depot Supply Inc,    P.O. Box 509058,    San Diego, CA 92150-9058
8917866     +Hufcor-Chicago,    730 Foster Ave.,    Bensenville, IL 60106-1509
9154471    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
              100 W Randolph 7-425,    Chicago, IL 60601)
11284216   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
              100 W. Randolph St,    7-400,    Chicago, IL 60601)
10828398   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
```

```
District/off: 0752-1          User: amcc7              Page 2 of 3              Date Rcvd: Feb 20, 2009
Case: 05-04073                Form ID: pdf002          Total Served: 151

8917867       Illinois Department of Revenue,    Springfield, IL 62794-9019
8917869       Illinois Department of Revenue,    Retailers Occupation Tax,    Springfield, IL 62796-0001
8917868       Illinois Department of Revenue,    P.O. Box 19019,    Springfield, IL 62794-9019
8917870      +Illinois Paper Company,    6 Territorial Court,    Bolingbrook, IL 60440-4662
8917871      +Industrial Waste Mgmt Corp.,    2515 S. Wabash Ave.,    Chicago, IL 60616-2308
8917872      +Inn-Pac,   Three Ravinia Drive,    Atlanta, GA 30346-2118
8917873       Intercontinental Hotels Grp.,    P.O. Box 101074,    Atlanta, GA 30392-1074
8917874      +J.A.M. Communications,    2210 North Ave.,    Melrose Park, IL 60160-1158
8917875       J.C. Licht,    320 Fullerton Ave.,    Carol Stream, IL 60188-1866
8917876      +J.S. Paluch Co. Inc.,    P.O. Box 2703,    Schiller Park, IL 60176-0703
8917877      +JMS Electric Inc.,    1006 Morse Ave.,    Schaumburg, IL 60193-4504
11262321     +Job I Fire Protection Services,    13432 S Kolmar,    Crestwood, IL 60445-1443
11389796     +Joel A. Schechter,    53 West Jackson Blvd.,    Suite 1025,    Chicago, IL 60604-3650
8917878      +Kraft Auto & Tire,    5746 St. Charles Road,    Berkeley, IL 60163-1117
8917879      +Labriola,    5324 E. 123rd Place,    Alsip, IL 60803-3203
9071684      +Ladd Contract Sales Corporation dba,    American Of Martinsville,
               c/o Grant W Almond Atty, Keziah Gates et,    PO Box 2608,    High Point NC 27261-2608
8917880      +Laner Muchin Dombrow Becker Levin,    and Tomiberg Ltd,    515 N State St,    Suite 2800,
               Chicago, IL 60654-4821
11228721     +Lato Supply Company,    PO Box 14830,    Phoenix, AZ 85063-4830
8917881      +Leonard J. Brown Plumbing, Inc.,    730 N. Busse Highway,    Park Ridge, IL 60068-2402
11232860     +Lezza Spumoni & Desserts Inc,    4009 St Charles Rd,    Bellwood, IL 60104-1197
8917882       Liberty Group Publishing,    709 Enterprise Dr.,    Oak Brook, IL 60523-8814
8917883      +Loyola Medical Center,    2160 S. First Ave.,    Maywood, IL 60153-3328
10463636     +Marcat Inc DBA Anmar Foods,    2150 W Carroll Ave,    Chicago, IL 60612-1604
9701225      +Marlin Leasing,    PO Box 13604,    Philadelphia, PA 19101-3604
8917884      +Martin Supply Company, Inc.,    1942 East Lehigh Avenue,    Glenview, IL 60026-1694
8917885      +Master Elevator Co.,    7255 N. Harlem,    Niles, IL 60714-4250
8917886       Media Resources, Inc.,    740 Front Street,    Lisle, IL 60532-2207
10919813     +Micros Systems Inc,    7031 Columbia Gateway Dr,    Columbia, MD 21046-2583,
               Attn: Legal Department
8917887      +Mid-American Printing Sys.,    400 S. Jefferson St.,    Chicago, IL 60607-3822
8917888      +Mill Distributers,    P.O. Box 92427,    Cleveland, OH 44193-0003
8917889       Modern Bride Connection,    P.O. Box 5350,    New York, NY 10087-5350
8917890      +Modern Career Apparel,    71 West Seegers Road,    Arlington Heights, IL 60005-3916
8917891      +Northstar Travel Media,    P.O. Box 2087,    Carol Stream, IL 60132-0001
8917892      +Olympic Maintenance, Inc.,    3025 Soffel,    Melrose Park, IL 60160-1716
11185945     +Palmer Florist Inc,    6929 W Roosevelt Rd,    Berwyn IL 60402-1096
11267244     +Per Mar Security,    1910 E Kimberly Road,    Davenport, IA 52807-2033
8917893      +Pioneer Press,    3701 West Lake Avenue,    Glenview, IL 60026-1277
8917894      +Premium Data Marketing,    555 Route 78,    Swanton, VT 05488-8639
8917895      +Progressive Eye Care,    1020 East Ogden Avenue,    Naperville, IL 60563-8609
11262320     +QSL Enterprises LLC,    dba Perfect Welding Guide of Chicago,    20 Danasa Square West #246,
               Wheaton, IL 60189-2000
8917896      +Quality Cabinet Refacing Service,    889 Wood Avenue,    Geneva, IL 60134-3927
9701224      +Quality Dairy Distributors,    136 Eighth Ave,    Maywood, IL 60153-1330
8917897      +Quality Dairy Distributors,    c/o Activity Collection Service Inc,    664 Miwaukee Ave,
               Prospect Heights, ILL 60070-2300
8917898      +Quality Filter Service, Inc.,    P.O. Box 1765,    North Riverside, IL 60546-5765
8917899      +Quill Corporation,    P.O. Box 94061,    Palatine, IL 60094-4061
8917900      +Radi-Link, Inc.,    39W284 Highland Ave.,    Elgin, IL 60124-7985
8917901      +Raincoat Roofing Systems, Inc.,    1750 W. Parkes Drive,    Broadview, IL 60155-3959
8917902      +Reinhart Food Service,    9950 S. Reinhart Drive,    Oak Creek, WI 53154-4949
8917903      +Richard D. Shinn, M.D., S.C.,    1730 Park St.,    Naperville, IL 60563-2688
8977515      +Richard H Fimoff,    Robbins Salomon & Patt Ltd,    25 E Washington Street,    Suite 1000,
               Chicago, IL 60602-1796
8917904      +Royal Publishing,    7620 N. Harker St.,    Peoria, IL 61615-1857
8917905      +S&S Contractors,    1870 Powell Drive,    Columbus, IN 47201-3322
8917906      +Sam Roti,    c/o Holiday Inn Hillside,    4400 Frontage Road,    Hillside, IL 60162-1734
8917907       Scott Sign Systems, Inc.,    P.O. Box 1047,    Tallevast, FL 34270-1047
8917908       Sealy Mattress Company,    P.O. Box 932800,    Atlanta, GA 31193-2800
11185946     +Sign-A-Rama,    9241 Skokie Blvd,    Skokie IL 60077-1342
8917909      +Snowhite Textile, Inc.,    300 S. Lombard Rd.,    Addison, IL 60101-3081
11235844     +Special T Unlimited,    4835 W Butterfield Rd,    Hillside, IL 60162-1483
8917910      +Springfield Corporation,    P.O. Box 620189,    Atlanta, GA 30362-2189
8917911       State of Illinois,    1035 Stevenson Drive,    Springfield, IL 62703-4259
11307113     +Steiner Electric Company,    1250 Touhy Ave,    Elk Grove Village, IL 60007-4985
8917912       Sysco Food Services-Chgo,    22232 Network Place,    Chicago, IL 60673-1222
11256278     +TNC Inc,    470 E Roosevelt Rd,    Lombard, IL 60148-4630
8917913       Temperature Equip. Corp.,    135 S. LaSalle,    Chicago, IL 60674-1778
8917914       Tri Mark,    Dept. CH 17131,    Palatine, IL 60055-7131
8917918      +US Foods,    P.O. Box 98420,    Chicago, IL 60693-0001
8917915      +Unisource/JEFCO Group,    Ray H Burgan Esq,    20 North Clark Street Suite 1100,
               Chicago, IL 60602-4193
9701223      +Unisource/JEFCO Group,    2650 S Bradley Place,    Chicago, IL 60618-4717
8917916      +United Armored Services,    2100 W. 21st St.,    Broadview, IL 60155-4628
8917917      +United Temps, Inc.,    1550 S. Indiana Ave.,    Chicago, IL 60605-2857
11224750     +Val-U-Chem Inc,    PO Box 82310,    Phoenix, AZ 85071-2310
11365790     +VidTech Audio Visual Inc,    1974-B Ohio St,    Lisle, IL 60532-2145
9106876      +Village of Hillside,    Matthew J Cleveland,    Hogan Marren Ltd,    180 N Wacker Dr Suite 600,
               Chicago, IL 60606-1604
8917919      +Village of Hillside,    425 Hillside Avenue,    Hillside, IL 60162-1695
8917920      +Village of Hillside, Histor Comm.,    30 North Wolf Road,    Hillside, IL 60162-1605
8917921       W.W. Grainger,    Dept. 136 8O1621624,    Palatine, IL 60038-0001
```

```
District/off: 0752-1          User: amcc7              Page 3 of 3              Date Rcvd: Feb 20, 2009
Case: 05-04073                Form ID: pdf002          Total Served: 151

9361891      WW Grainger Inc,   7300 N Melvina Ave M530,   Niles, IL 60714-3998
8917922      Waste Management,   P.O. Box 9001054,   Louisville, KY 40290-1054
8917923     +Water Warehouse Commercial,   6950 51st St.,   Kenosha, WI 53144-1740
11185947    +WearGuard, an Aramark Co,   POB 0903,   Carol Stream IL 60132-0001
8917924     +Webb Communications,   4360 N. Stoneharbor Dr.,   Hoffman Estates, IL 60192-1329
8917925      White Way Sign,   135 S. LaSalle St.,   Chicago, IL 60674-4716
9356906     +XEROX Corporation,   Xerox Capital Services LLC,   Attn: VO Adams,   PO Box 660506,
              Dallas, TX 75266-0506
9142401     +XO Communications,   105 Malloy Street,   Suite 300,   Nashville, TN 37210
8917927     +XO Corporation,   P.O. Box 828618,   Philadelphia, PA 19182-0001
8917926      Xerox Corportion,   P.O. Box 802567,   Chicago, IL 60680-2567
8917928     +Ze-Net,   670 International Pkwy.,   Richardson, TX 75081-6611
10849422    +bridgeview bank group,   7940 S. Harlem AVe.,   bridgeview, il 60455-1598

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Terrace O' Brian
                                                                                         TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2009**          **Signature:** _Joseph Speetjens_