# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MARKWELL HILLSIDE LLC | § | Case No. 05-04073C |
| f/d/b/a HOLIDAY INN HILLSIDE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $13,912,693.98 |
| Total Expenses of Administration: $127,600.45 | |

3) Total gross receipts of $ 127,401.25 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 199.20 (see **Exhibit 2**), yielded net receipts of $127,202.05 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 51,223.63 | 51,223.63 | 51,223.63 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 495,225.70 | 431,091.51 | 76,376.82 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 490,638.59 | 382,640.57 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 18,153,844.95 | 13,912,693.98 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $19,190,932.87 | $14,777,649.69 | $127,600.45 |

4) This case was originally filed under Chapter 11 on February 08, 2005 and it was converted to Chapter 7 on January 30, 2007. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2009 _____   By: /s/RICHARD M. FOGEL _____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Reimbursement for Iron Mountain fees | 1280-000 | 855.97 |
| Reimbursement for Iron Mountain record retrieval | 1290-002 | 935.21 |
| Reimbursement for Iron Mountain records retrieva | 1290-002 | 66.99 |
| Reimbursement for record retrieval charges | 1290-000 | 1,861.81 |
| Reimbursement for storage charges | 1290-000 | 154.65 |
| BANK ACCOUNTS | 1129-000 | 2,504.61 |
| INSURANCE POLICIES | 1129-000 | 15,867.46 |
| CONTINGENT CLAIM - CONGRESS DEVELOPMENT | 1249-000 | 97,021.59 |
| REFUNDS | 1224-000 | 7,049.94 |
| Interest Income | 1270-000 | 1,083.02 |
| **TOTAL GROSS RECEIPTS** | | **$127,401.25** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FOLEY & LARDNER | REIMBURSEMENT Reimburse estate for Iron Mountain record retrieval fees (non-compensable) | 8500-000 | -199.20 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$-199.20** |

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | N/A | 9,343.91 | 9,343.91 | 9,343.91 |
| Richard M. Fogel | 2200-000 | N/A | 4.68 | 4.68 | 4.68 |
| Shaw Gussis Fishman Glantz Wolfson & Towbin | 3110-000 | N/A | 9,972.50 | 9,972.50 | 9,972.50 |
| Shaw Gussis Fishman Glantz Wolfson & Towbin | 3120-000 | N/A | 354.75 | 354.75 | 354.75 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | N/A | 3,413.50 | 3,413.50 | 3,413.50 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | N/A | 156.28 | 156.28 | 156.28 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 79.69 | 79.69 | 79.69 |
| IRON MOUNTAIN | 2410-000 | N/A | 650.12 | 650.12 | 650.12 |
| IRON MOUNTAIN | 2410-000 | N/A | 244.20 | 244.20 | 244.20 |
| IRON MOUNTAIN | 2410-000 | N/A | 139.86 | 139.86 | 139.86 |
| IRON MOUNTAIN | 2410-000 | N/A | 139.86 | 139.86 | 139.86 |
| IRON MOUNTAIN | 2410-000 | N/A | 139.86 | 139.86 | 139.86 |
| IRON MOUNTAIN | 2410-000 | N/A | 139.86 | 139.86 | 139.86 |
| IRON MOUNTAIN | 2410-000 | N/A | 139.86 | 139.86 | 139.86 |
| IRON MOUNTAIN | 2410-000 | N/A | 139.86 | 139.86 | 139.86 |
| IRON MOUNTAIN | 2410-000 | N/A | 139.86 | 139.86 | 139.86 |
| IRON MOUNTAIN | 2410-000 | N/A | 139.86 | 139.86 | 139.86 |

| IRON MOUNTAIN | 2410-000 | N/A | 343.06 | 343.06 | 343.06 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 109.12 | 109.12 | 109.12 |
| IRON MOUNTAIN | 2410-000 | N/A | 143.86 | 143.86 | 143.86 |
| IRON MOUNTAIN | 2410-000 | N/A | 457.99 | 457.99 | 457.99 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 19,850.70 | 19,850.70 | 19,850.70 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 38.25 | 38.25 | 38.25 |
| IRON MOUNTAIN | 2410-000 | N/A | 477.22 | 477.22 | 477.22 |
| IRON MOUNTAIN | 2410-000 | N/A | 1,119.30 | 1,119.30 | 1,119.30 |
| IRON MOUNTAIN | 2410-000 | N/A | 143.86 | 143.86 | 143.86 |
| IRON MOUNTAIN | 2410-000 | N/A | 143.86 | 143.86 | 143.86 |
| IRON MOUNTAIN | 2410-000 | N/A | 143.86 | 143.86 | 143.86 |
| IRON MOUNTAIN | 2410-000 | N/A | 168.98 | 168.98 | 168.98 |
| IRON MOUNTAIN | 2410-000 | N/A | 168.98 | 168.98 | 168.98 |
| IRON MOUNTAIN | 2410-000 | N/A | 168.98 | 168.98 | 168.98 |
| IRON MOUNTAIN | 2410-000 | N/A | 210.85 | 210.85 | 210.85 |
| IRON MOUNTAIN | 2410-000 | N/A | 1,015.37 | 1,015.37 | 1,015.37 |
| IRON MOUNTAIN | 2410-000 | N/A | 1,041.02 | 1,041.02 | 1,041.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $51,223.63 | $51,223.63 | $51,223.63 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HOLIDAY HOSPITALITY FRANCHISING, IN | 6950-000 | N/A | 11,946.21 | 11,946.21 | 2,116.52 |
| JOEL A. SCHECHTER | 6700-000 | N/A | 18,444.59 | 18,444.59 | 3,267.84 |
| ADVOCATE OCCUPATIONAL HEALTH | 6950-000 | N/A | 446.39 | 446.39 | 79.09 |
| ARAMARK UNIFORM & CAREER APPAREL | 6950-000 | N/A | 13,818.80 | 13,818.80 | 2,448.29 |
| CHEM-WISE PEST MANAGEMENT | 6950-000 | N/A | 200.00 | 200.00 | 35.43 |
| CITGO FLEET | 6950-000 | N/A | 6,288.95 | 6,288.95 | 1,114.22 |
| CITIZEN'S FINANCIAL SERVICES, FSB | 6950-000 | N/A | 189,633.73 | 189,633.73 | 33,597.56 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| COURTESY PRODUCTS | 6950-000 | N/A | 1,483.61 | 1,483.61 | 262.85 |
| DENORMANDIE TOWEL SERVICE | 6950-000 | N/A | 2,335.83 | 2,335.83 | 413.84 |
| GARVEY'S OFFICE PRODUCTS | 6950-000 | N/A | 441.97 | 441.97 | 78.30 |
| HANSEN SERVICES | 6950-000 | N/A | 2,095.32 | 2,095.32 | 371.23 |
| ILLINOIS DEPARTMENT OF REVENUE | 6820-000 | N/A | 92,695.30 | 92,695.30 | 16,422.90 |
| JEANNE D. WALICZEK | 6950-000 | N/A | 1,358.00 | 1,358.00 | 240.60 |
| JOB 1 FIRE PROTECTION SERVICES | 6950-000 | N/A | 155.80 | 155.80 | 27.60 |
| LATO SUPPLY CO. | 6950-000 | N/A | 7,301.72 | 7,301.72 | 1,293.65 |
| LEZZA SPUMONI & DESSERTS, INC. | 6950-000 | N/A | 395.05 | 395.05 | 69.99 |
| PER MAR SECURITY | 6950-000 | N/A | 4,103.65 | 4,103.65 | 727.05 |
| QSL ENTERPRISES, LLC | 6950-000 | N/A | 890.00 | 890.00 | 157.68 |
| SPECIAL T UNLIMITED | 6950-000 | N/A | 83.74 | 83.74 | 14.84 |
| STEINER ELECTRIC COMPANY | 6950-000 | N/A | 588.73 | 588.73 | 104.31 |
| TNC, INC. | 6950-000 | N/A | 15,449.52 | 15,449.52 | 2,737.20 |
| VAL-U-CHEM, INC. | 6950-000 | N/A | 220.28 | 220.28 | 39.03 |
| VIDTECH AUDIO VISUAL, INC. | 6950-000 | N/A | 1,766.00 | 1,766.00 | 312.88 |
| VILLAGE OF HILLSIDE | 6820-000 | N/A | 57,648.32 | 57,648.32 | 10,213.60 |
| ASPEN SPECIALITY INSURANCE | 6950-000 | N/A | 1,300.00 | 1,300.00 | 230.32 |
| Palmer Florist | 6910-000 | N/A | 365.57 | 0.00 | 0.00 |
| CIT Communications Finance Corp. | 6910-000 | N/A | 63,768.62 | 0.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $495,225.70 | $431,091.51 | $76,376.82 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Village of Hillside | 5800-000 | N/A | 240,381.66 | 240,381.66 | 0.00 |
| Illinois Department of Revenue | 5800-000 | N/A | 38,393.49 | 0.00 | 0.00 |
| Illinois Department of Revenue | 5800-000 | N/A | 36,625.77 | 0.00 | 0.00 |
| Illinois Department of Revenue | 5800-000 | N/A | 32,978.76 | 0.00 | 0.00 |
| Illinois Department of Revenue | 5800-000 | N/A | 3,733.99 | 3,733.99 | 0.00 |
| Department of Treasury-IRS | 5800-000 | N/A | 5,000.00 | 5,000.00 | 0.00 |
| Illinois Department of Revenue | 5800-000 | N/A | 92,695.30 | 92,695.30 | 0.00 |
| Illinois Department of Revenue | 5800-000 | N/A | 39,545.14 | 39,545.14 | 0.00 |
| Illinois Department of Revenue | 5800-000 | N/A | 1,239.44 | 1,239.44 | 0.00 |
| Illinois Department of Revenue | 5800-000 | N/A | 45.04 | 45.04 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $490,638.59 | $382,640.57 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Labriola | 7100-000 | N/A | 313.18 | 313.18 | 0.00 |
| Snowhite Textile | 7100-000 | N/A | 17,294.42 | 17,294.42 | 0.00 |
| Greenwoods Collections | 7100-000 | N/A | 507.70 | 507.70 | 0.00 |
| JMS Electric | 7100-000 | N/A | 415.60 | 415.60 | 0.00 |
| Ze-Net | 7100-000 | N/A | 620.00 | 620.00 | 0.00 |
| Royal Publishing | 7100-000 | N/A | 380.00 | 380.00 | 0.00 |

UST Form 101-7-TDR (4/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Illinois Paper Co. | 7100-000 | N/A | 1,548.24 | 1,548.24 | 0.00 |
| Temperature Equipment Corp. | 7100-000 | N/A | 194.92 | 194.92 | 0.00 |
| Abcom Computer Rental | 7100-000 | N/A | 284.00 | 284.00 | 0.00 |
| Water Warehouse Commercial | 7100-000 | N/A | 2,152.81 | 2,152.81 | 0.00 |
| Appel Uniforms | 7100-000 | N/A | 2,103.66 | 2,103.66 | 0.00 |
| Laner Muchin Dombrow | 7100-000 | N/A | 8,218.63 | 8,218.63 | 0.00 |
| Cybor Fire Protection | 7100-000 | N/A | 1,200.00 | 1,200.00 | 0.00 |
| Affiliated Customer Service | 7100-000 | N/A | 2,641.30 | 2,641.30 | 0.00 |
| Liberty Group Publishing | 7100-000 | N/A | 382.44 | 382.44 | 0.00 |
| Unisource/JEFCO Group | 7100-000 | N/A | 819.93 | 819.93 | 0.00 |
| Sysco Food Services | 7100-000 | N/A | 40,783.40 | 40,783.40 | 0.00 |
| Advance Magazine Publishers | 7100-000 | N/A | 1,867.20 | 1,867.20 | 0.00 |
| Quality Dairy Distributors | 7100-000 | N/A | 2,101.01 | 2,101.01 | 0.00 |
| Ecolab | 7100-000 | N/A | 2,550.35 | 2,550.35 | 0.00 |
| Guest Dist | 7100-000 | N/A | 55,322.46 | 55,322.46 | 0.00 |
| Ladd Contract Sales | 7100-000 | N/A | 56,772.92 | 56,772.92 | 0.00 |
| Accountemps | 7100-000 | N/A | 20,032.43 | 0.00 | 0.00 |
| Martin Supply Company | 7100-000 | N/A | 20,265.42 | 20,265.42 | 0.00 |
| Quill Corp. | 7100-000 | N/A | 1,646.46 | 1,646.46 | 0.00 |
| Holiday Hospitality Franchising | 7100-000 | N/A | 187,368.61 | 0.00 | 0.00 |
| XO Communications | 7100-000 | N/A | 7,250.49 | 7,250.49 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 11,859.00 | 0.00 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 4,241.24 | 0.00 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 8,483.12 | 0.00 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 74.60 | 74.60 | 0.00 |
| Home Depot Supply | 7100-000 | N/A | 14,670.79 | 14,670.79 | 0.00 |
| Empire Cooler Service | 7100-000 | N/A | 600.00 | 600.00 | 0.00 |
| XEROX Corporation | 7100-000 | N/A | 1,719.88 | 1,719.88 | 0.00 |
| WW Grainger | 7100-000 | N/A | 5,845.15 | 5,845.15 | 0.00 |
| Citizens Financial Services | 7100-000 | N/A | 9,790,427.40 | 5,850,731.13 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Coca Cola Enterprises | 7100-000 | N/A | 3,657.35 | 3,657.35 | 0.00 |
| Accountemps | 7100-000 | N/A | 20,032.43 | 20,032.43 | 0.00 |
| American Hotel register | 7100-000 | N/A | 1,244.52 | 1,244.52 | 0.00 |
| Aramark Uniform | 7100-000 | N/A | 13,818.80 | 13,818.80 | 0.00 |
| Holiday Hospitality Franchising | 7100-000 | N/A | 187,368.61 | 187,368.61 | 0.00 |
| Barr Sales | 7100-000 | N/A | 418.00 | 418.00 | 0.00 |
| Marcat Inc. | 7100-000 | N/A | 12,463.57 | 12,463.57 | 0.00 |
| Raincoat Roofing Systems | 7100-000 | N/A | 884.00 | 884.00 | 0.00 |
| Bridgeview Bank | 7100-000 | N/A | 7,462,236.55 | 7,462,236.55 | 0.00 |
| Micros Systems | 7100-000 | N/A | 9,341.29 | 9,341.29 | 0.00 |
| CIT Communications Finance | 7100-000 | N/A | 61,214.43 | 0.00 | 0.00 |
| Raincoat Roofing Systems | 7100-000 | N/A | 884.00 | 0.00 | 0.00 |
| Affiliated Customer Service | 7100-000 | N/A | 2,641.30 | 2,641.30 | 0.00 |
| Appel Uniforms | 7100-000 | N/A | 2,103.66 | 0.00 | 0.00 |
| Mid-American Painting | 7100-000 | N/A | 501.60 | 501.60 | 0.00 |
| JAM Communications | 7100-000 | N/A | 395.20 | 395.20 | 0.00 |
| CIT Communication Finance | 7100-000 | N/A | 61,241.43 | 61,241.43 | 0.00 |
| Quality Dairy Distributors | 7100-000 | N/A | 2,101.01 | 0.00 | 0.00 |
| Media Resources | 7100-000 | N/A | 300.00 | 300.00 | 0.00 |
| Beautiful Finishes | 7100-000 | N/A | 5,207.90 | 5,207.90 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 11,797.66 | 11,797.66 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 4,540.37 | 4,540.37 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 3,520.10 | 3,520.10 | 0.00 |
| Fashion Bed Group | 7100-000 | N/A | 277.30 | 277.30 | 0.00 |
| Advance Magazine Publishers | 7100-000 | N/A | 1,867.20 | 0.00 | 0.00 |
| Master Elevator | 7100-000 | N/A | 9,527.91 | 9,527.91 | 0.00 |
| Aspen Specialty Insurance | 7100-000 | N/A | 1,300.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $18,153,844.95 | $13,912,693.98 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-04073C

**Case Name:** MARKWELL HILLSIDE LLC
f/d/b/a HOLIDAY INN HILLSIDE

**Period Ending:** 08/11/09

**Trustee:** (330720)   RICHARD M. FOGEL

**Filed (f) or Converted (c):** 01/30/07 (c)

**§341(a) Meeting Date:** 03/08/07

**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE<br>  Sold by Trustee during chapter 11 for $4,000,001 pursuant to order dated 8/15/06 | 6,000,000.00 | 0.00 | | 0.00 | FA |
| 2 | PETTY CASH<br>  Closing credit in connection with sale of hotel operating assets | 10,000.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>  DIP account | 13,101.00 | 0.00 | | 2,504.61 | FA |
| 4 | INSURANCE POLICIES | 0.00 | 0.00 | | 15,867.46 | FA |
| 5 | ACCOUNTS RECEIVABLE<br>  Sold by Trustee with real estate and other operating assets of hotel pursuant to order dated 8/15/06. Aggregate consideration for personal property was $1,000,000. | 223,700.00 | 0.00 | | 0.00 | FA |
| 6 | CONTINGENT CLAIM - IDOT<br>  Settled by Trustee during chapter 11 for $500,000 pursuant to order dated 12/6/06 | 225,000.00 | 0.00 | | 0.00 | FA |
| 7 | CONTINGENT CLAIM - CONGRESS DEVELOPMENT  (u)<br>  Sold by Trustee during chapter 11 case for $100,000 pursuant to order dated 9/20/06 | 0.00 | 100,000.00 | | 97,021.59 | FA |
| 8 | FRANCHISE AGRMTS<br>  Order entered during chapter 11 on 10/3/06 authorizing franchisor to modify stay and terminate agreement | 0.00 | 0.00 | | 0.00 | FA |
| 9 | VEHICLES<br>  Vehicles were titled to Markwell Properties LLC and agreement to use vehicles was rejected during chapter 11 pursuant to order dated 9/13/06 | 20,000.00 | 0.00 | | 0.00 | FA |
| 10 | OFFICE EQUIPMENT<br>  Included with sale of assets | 57,097.00 | 0.00 | | 0.00 | FA |
| 11 | HOTEL FURNISHINGS<br>  Included with sale of assets | 531,820.00 | 0.00 | | 0.00 | FA |
| 12 | FOOD INVENTORY<br>  Included with sale of assets | 13,230.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-04073C

**Case Name:** MARKWELL HILLSIDE LLC
f/d/b/a HOLIDAY INN HILLSIDE

**Period Ending:** 08/11/09

**Trustee:** (330720)   RICHARD M. FOGEL

**Filed (f) or Converted (c):** 01/30/07 (c)

**§341(a) Meeting Date:** 03/08/07

**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | BEVERAGE INVENTORY<br>Included with sale of assets | 14,413.00 | 0.00 | | 0.00 | FA |
| 14 | GOODWILL<br>Included with sale of assets | Unknown | 0.00 | | 0.00 | FA |
| 15 | REFUNDS (u) | Unknown | Unknown | | 7,049.94 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,083.02 | FA |
| 16 | **Assets**     **Totals (Excluding unknown values)** | **$7,108,361.00** | **$100,000.00** | | **$123,526.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

Completion of '08 and final '09 estate income tax returns and submission of final report

**Initial Projected Date Of Final Report (TFR):**    June 30, 2008      **Current Projected Date Of Final Report (TFR):**    February 5, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-04073C |
| **Case Name:** | MARKWELL HILLSIDE LLC |
| | f/d/b/a HOLIDAY INN HILLSIDE |
| **Taxpayer ID #:** | 38-3666655 |
| **Period Ending:** | 08/11/09 |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*47-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/08 | | JPMORGAN CHASE BANK | TRANSFER FROM BANK OF AMERICA | 9999-000 | 68,836.69 | | 68,836.69 |
| 04/24/08 | | To Account #********4766 | Storage fees | 9999-000 | | 477.22 | 68,359.47 |
| 04/30/08 | | FOLEY & LARDNER | Reimbursement for Iron Mountain record retrieval fees | 1290-002 | 935.21 | | 69,294.68 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.14 | | 69,298.82 |
| 05/09/08 | | To Account #********4766 | Storage and record retrieval fees | 9999-000 | | 1,119.30 | 68,179.52 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.57 | | 68,188.09 |
| 06/06/08 | | FOLEY & LARDNER | Reimbursement for record retrieval charges | 1290-002 | 975.44 | | 69,163.53 |
| 06/10/08 | | To Account #********4766 | Storage fees | 9999-000 | | 143.86 | 69,019.67 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.73 | | 69,028.40 |
| 07/18/08 | | To Account #********4766 | Storage fees | 9999-000 | | 143.86 | 68,884.54 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.76 | | 68,893.30 |
| 08/19/08 | | To Account #********4766 | Storage fees | 9999-000 | | 143.86 | 68,749.44 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.18 | | 68,757.62 |
| 09/08/08 | | To Account #********4766 | Storage fees | 9999-000 | | 168.98 | 68,588.64 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.00 | | 68,597.64 |
| 10/07/08 | | To Account #********4766 | Storage fees | 9999-000 | | 168.98 | 68,428.66 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 7.46 | | 68,436.12 |
| 11/06/08 | | To Account #********4766 | Storage fees | 9999-000 | | 168.98 | 68,267.14 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 5.37 | | 68,272.51 |
| 12/04/08 | | To Account #********4766 | Storage and record retrieval fees | 9999-000 | | 210.85 | 68,061.66 |
| 12/15/08 | | FOLEY & LARDNER | Reimbursement for Iron Mountain records retrieval fee | 1290-002 | 66.99 | | 68,128.65 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.83 | | 68,133.48 |
| 01/08/09 | | To Account #********4766 | Storage & record retrieval fees | 9999-000 | | 1,015.37 | 67,118.11 |
| 01/27/09 | | REED SMITH | Reimbursement for Iron Mountain fees | 1280-000 | 855.97 | | 67,974.08 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.75 | | 67,976.83 |
| 02/09/09 | | To Account #********4766 | Storage and record retrieval fees | 9999-000 | | 1,041.02 | 66,935.81 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.56 | | 66,938.37 |
| 03/06/09 | | REED SMITH | Reimbursement for record retrieval charges | 1290-000 | 886.37 | | 67,824.74 |
| 03/11/09 | | SAM ROTI | Reimbursement for storage charges | 1290-000 | 154.65 | | 67,979.39 |
| 03/13/09 | {15} | MADIGAN & GETZENDANNER | Real estate tax refund | 1229-000 | 1,640.93 | | 69,620.32 |
| 03/23/09 | | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 2.12 | | 69,622.44 |
| 03/23/09 | | To Account #********4766 | Close account and transfer for final distributions | 9999-000 | | 69,622.44 | 0.00 |
| | | | Subtotals : | | $74,424.72 | $74,424.72 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-04073C | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** MARKWELL HILLSIDE LLC | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| f/d/b/a HOLIDAY INN HILLSIDE | **Account:** ***-*****47-65 - Money Market Account |
| **Taxpayer ID #:** 38-3666655 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/11/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ · | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 74,424.72 | 74,424.72 | $0.00 |
| | | | Less: Bank Transfers | | 68,836.69 | 74,424.72 | |
| | | | **Subtotal** | | **5,588.03** | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,588.03** | **$0.00** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 05-04073C
**Case Name:** MARKWELL HILLSIDE LLC
f/d/b/a HOLIDAY INN HILLSIDE
**Taxpayer ID #:** 38-3666655
**Period Ending:** 08/11/09

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*47-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/24/08 | | From Account #*******4765 | Storage fees | 9999-000 | 477.22 | | 477.22 |
| 04/24/08 | 101 | IRON MOUNTAIN | Storage fees | 2410-000 | | 477.22 | 0.00 |
| 05/09/08 | | From Account #*******4765 | Storage and record retrieval fees | 9999-000 | 1,119.30 | | 1,119.30 |
| 05/13/08 | 102 | IRON MOUNTAIN | Storage & record retrieval fees | 2410-000 | | 1,119.30 | 0.00 |
| 06/10/08 | | From Account #*******4765 | Storage fees | 9999-000 | 143.86 | | 143.86 |
| 06/16/08 | 103 | IRON MOUNTAIN | Storage fees | 2410-000 | | 143.86 | 0.00 |
| 07/18/08 | | From Account #*******4765 | Storage fees | 9999-000 | 143.86 | | 143.86 |
| 07/21/08 | 104 | IRON MOUNTAIN | Storage fees | 2410-000 | | 143.86 | 0.00 |
| 08/19/08 | | From Account #*******4765 | Storage fees | 9999-000 | 143.86 | | 143.86 |
| 08/20/08 | 105 | IRON MOUNTAIN | Storage fees | 2410-000 | | 143.86 | 0.00 |
| 09/08/08 | | From Account #*******4765 | Storage fees | 9999-000 | 168.98 | | 168.98 |
| 09/15/08 | 106 | IRON MOUNTAIN | Storage fees | 2410-000 | | 168.98 | 0.00 |
| 10/07/08 | | From Account #*******4765 | Storage fees | 9999-000 | 168.98 | | 168.98 |
| 10/08/08 | 107 | IRON MOUNTAIN | Storage fees | 2410-000 | | 168.98 | 0.00 |
| 11/06/08 | | From Account #*******4765 | Storage fees | 9999-000 | 168.98 | | 168.98 |
| 11/07/08 | 108 | IRON MOUNTAIN | Storage fees | 2410-000 | | 168.98 | 0.00 |
| 12/04/08 | | From Account #*******4765 | Storage and record retrieval fees | 9999-000 | 210.85 | | 210.85 |
| 12/05/08 | 109 | IRON MOUNTAIN | Storage fees & record retrieval fees | 2410-000 | | 210.85 | 0.00 |
| 01/08/09 | | From Account #*******4765 | Storage & record retrieval fees | 9999-000 | 1,015.37 | | 1,015.37 |
| 01/12/09 | 110 | IRON MOUNTAIN | Storage and record retrieval fees | 2410-000 | | 1,015.37 | 0.00 |
| 02/09/09 | | From Account #*******4765 | Storage and record retrieval fees | 9999-000 | 1,041.02 | | 1,041.02 |
| 02/10/09 | 111 | IRON MOUNTAIN | Storage and record retrieval fees | 2410-000 | | 1,041.02 | 0.00 |
| 03/23/09 | | From Account #*******4765 | Close account and transfer for final distributions | 9999-000 | 69,622.44 | | 69,622.44 |
| 03/25/09 | 112 | Shaw Gussis Fishman Glantz Wolfson & Towbin | Dividend paid 100.00% on $9,972.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 9,972.50 | 59,649.94 |
| 03/25/09 | 113 | Shaw Gussis Fishman Glantz Wolfson & Towbin | Dividend paid 100.00% on $354.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 354.75 | 59,295.19 |
| 03/25/09 | 114 | Alan D. Lasko & Associates, P.C. | Dividend paid 100.00% on $3,413.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,413.50 | 55,881.69 |
| 03/25/09 | 115 | Alan D. Lasko & Associates, P.C. | Dividend paid 100.00% on $156.28, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 156.28 | 55,725.41 |
| 03/25/09 | 116 | HOLIDAY HOSPITALITY FRANCHISING, IN | Dividend paid  17.71% on $11,946.21, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: | 6950-000 | | 1,285.17 | 54,440.24 |
| | | | Subtotals : | | $74,424.72 | $19,984.48 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-04073C |
| **Case Name:** | MARKWELL HILLSIDE LLC |
| | f/d/b/a HOLIDAY INN HILLSIDE |
| **Taxpayer ID #:** | 38-3666655 |
| **Period Ending:** | 08/11/09 |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****47-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ADMINISTRATIVE CLAIM-INT | | | | |
| 03/25/09 | 117 | JOEL A. SCHECHTER | Dividend paid  17.71% on $18,444.59, Other Professional Fees (Prior Chapter);  Reference: ADMINISTRATIVE CLAIM-INT | 6700-000 | | 1,984.27 | 52,455.97 |
| 03/25/09 | 118 | ADVOCATE OCCUPATIONAL HEALTH | Dividend paid  17.71% on $446.39, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 48.03 | 52,407.94 |
| 03/25/09 | 119 | ARAMARK UNIFORM & CAREER APPAREL | Dividend paid  17.71% on $13,818.80, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT Stopped on 06/24/09 | 6950-000 | | 1,486.63 | 50,921.31 |
| 03/25/09 | 120 | CHEM-WISE PEST MANAGEMENT | Dividend paid  17.71% on $200.00, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 21.51 | 50,899.80 |
| 03/25/09 | 121 | CITGO FLEET | Dividend paid  17.71% on $6,288.95, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 676.56 | 50,223.24 |
| 03/25/09 | 122 | CITIZEN'S FINANCIAL SERVICES, FSB | Dividend paid  17.71% on $189,633.73, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 20,400.80 | 29,822.44 |
| 03/25/09 | 123 | COURTESY PRODUCTS | Dividend paid  17.71% on $1,483.61, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 159.60 | 29,662.84 |
| 03/25/09 | 124 | DENORMANDIE TOWEL SERVICE | Dividend paid  17.71% on $2,335.83, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 251.29 | 29,411.55 |
| 03/25/09 | 125 | GARVEY'S OFFICE PRODUCTS | Dividend paid  17.71% on $441.97, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 47.54 | 29,364.01 |
| 03/25/09 | 126 | HANSEN SERVICES | Dividend paid  17.71% on $2,095.32, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: | 6950-000 | | 225.42 | 29,138.59 |

| | | Subtotals : | $0.00 | $25,301.65 |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 08/11/2009 08:53 AM    V.11.50

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-04073C |
| Case Name: | MARKWELL HILLSIDE LLC |
| | f/d/b/a HOLIDAY INN HILLSIDE |
| Taxpayer ID #: | 38-3666655 |
| Period Ending: | 08/11/09 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****47-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/09 | 127 | ILLINOIS DEPARTMENT OF REVENUE | Dividend paid  17.71% on $92,695.30, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: ADMINISTRATIVE CLAIM-INT | 6820-000 | | 9,972.16 | 19,166.43 |
| 03/25/09 | 128 | JEANNE D. WALICZEK | Dividend paid  17.71% on $1,358.00, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 146.10 | 19,020.33 |
| 03/25/09 | 129 | JOB 1 FIRE PROTECTION SERVICES | Dividend paid  17.71% on $155.80, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 16.76 | 19,003.57 |
| 03/25/09 | 130 | LATO SUPPLY CO. | Dividend paid  17.71% on $7,301.72, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 785.52 | 18,218.05 |
| 03/25/09 | 131 | LEZZA SPUMONI & DESSERTS, INC. | Dividend paid  17.71% on $395.05, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 42.50 | 18,175.55 |
| 03/25/09 | 132 | PER MAR SECURITY | Dividend paid  17.71% on $4,103.65, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 441.47 | 17,734.08 |
| 03/25/09 | 133 | QSL ENTERPRISES, LLC | Dividend paid  17.71% on $890.00, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 95.74 | 17,638.34 |
| 03/25/09 | 134 | SPECIAL T UNLIMITED | Dividend paid  17.71% on $83.74, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 9.01 | 17,629.33 |
| 03/25/09 | 135 | STEINER ELECTRIC COMPANY | Dividend paid  17.71% on $588.73, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 63.34 | 17,565.99 |
| 03/25/09 | 136 | TNC, INC. | Dividend paid  17.71% on $15,449.52, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: | 6950-000 | | 1,662.06 | 15,903.93 |

| | | | Subtotals : | | $0.00 | $13,234.66 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-04073C | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** MARKWELL HILLSIDE LLC | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| f/d/b/a HOLIDAY INN HILLSIDE | **Account:** ***-*****47-66 - Checking Account |
| **Taxpayer ID #:** 38-3666655 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/11/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ADMINISTRATIVE CLAIM-INT | | | | |
| 03/25/09 | 137 | VAL-U-CHEM, INC. | Dividend paid  17.71% on $220.28, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 23.70 | 15,880.23 |
| 03/25/09 | 138 | VIDTECH AUDIO VISUAL, INC. | Dividend paid  17.71% on $1,766.00, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 189.98 | 15,690.25 |
| 03/25/09 | 139 | VILLAGE OF HILLSIDE | Dividend paid  17.71% on $57,648.32, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: ADMINISTRATIVE CLAIM-INT | 6820-000 | | 6,201.81 | 9,488.44 |
| 03/25/09 | 140 | ASPEN SPECIALITY INSURANCE | Dividend paid  17.71% on $1,300.00, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT | 6950-000 | | 139.85 | 9,348.59 |
| 03/25/09 | 141 | Richard M. Fogel | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 9,348.59 | 0.00 |
| | | | Dividend paid 100.00%          9,343.91 on $9,343.91;  Claim# 100; Filed: $9,343.91 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%              4.68 on $4.68;  Claim# 101; Filed: $4.68 | 2200-000 | | | 0.00 |
| 06/24/09 | 119 | ARAMARK UNIFORM & CAREER APPAREL | Dividend paid  17.71% on $13,818.80, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference: ADMINISTRATIVE CLAIM-INT Stopped: check issued on 03/25/09 | 6950-000 | | -1,486.63 | 1,486.63 |
| 06/24/09 | 142 | Clerk of the United States Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | 6950-001 | | 1,486.63 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 74,424.72 | 74,424.72 | $0.00 |
| Less: Bank Transfers | 74,424.72 | 0.00 | |
| **Subtotal** | 0.00 | 74,424.72 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $74,424.72 | |

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-04073C | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** MARKWELL HILLSIDE LLC | **Bank Name:** BANK OF AMERICA, N.A. |
| f/d/b/a HOLIDAY INN HILLSIDE | **Account:** ********21 - Money Market |
| **Taxpayer ID #:** 38-3666655 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/11/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref#} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/07 | {7} | ESTATE OF MARKWELL HILLSIDE LLC | UNENCUMBERED FUNDS | 1249-000 | 97,021.59 | | 97,021.59 |
| 02/02/07 | {3} | BRIDGEVIEW BANK GROUP | DIP ACCOUNT BALANCE | 1129-000 | 2,504.61 | | 99,526.20 |
| 02/05/07 | {15} | AUTOMATIC DATA PROCESSING | CREDIT BALANCE | 1229-000 | 129.70 | | 99,655.90 |
| 02/07/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 79.69 | 99,576.21 |
| 02/15/07 | {15} | UNITED STATES TREASURY | TAX REFUND-F940 12/05 | 1224-000 | 2,587.49 | | 102,163.70 |
| 02/19/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 650.12 | 101,513.58 |
| 02/26/07 | {15} | MESIROW FINANCIAL | REFUND Unearned premium-employment liability policy | 1229-000 | 934.68 | | 102,448.26 |
| 02/28/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 73.83 | | 102,522.09 |
| 03/16/07 | {15} | GOODYEAR ASSOCIATES | REFUND | 1229-000 | 35.38 | | 102,557.47 |
| 03/19/07 | {15} | AUTOMATIC DATA PROCESSING | REFUND | 1229-000 | 51.04 | | 102,608.51 |
| 03/23/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 244.20 | 102,364.31 |
| 03/26/07 | {15} | NICOR | REFUND | 1229-000 | 1,424.72 | | 103,789.03 |
| 03/30/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 87.19 | | 103,876.22 |
| 04/24/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 139.86 | 103,736.36 |
| 04/30/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 85.35 | | 103,821.71 |
| 05/09/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 139.86 | 103,681.85 |
| 05/14/07 | {15} | GLOBAL SURETY, LLC | SURETY BOND REFUND | 1229-000 | 246.00 | | 103,927.85 |
| 05/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 88.20 | | 104,016.05 |
| 06/07/07 | {4} | ASSOCIATED AGENCIES | PREMIUM REFUND | 1129-000 | 15,867.46 | | 119,883.51 |
| 06/21/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 139.86 | 119,743.65 |
| 06/29/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 94.12 | | 119,837.77 |
| 07/23/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 139.86 | 119,697.91 |
| 07/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 101.75 | | 119,799.66 |
| 08/21/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 139.86 | 119,659.80 |
| 08/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 101.71 | | 119,761.51 |
| 09/24/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 139.86 | 119,621.65 |
| 09/28/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 76.26 | | 119,697.91 |
| 10/12/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 139.86 | 119,558.05 |
| 10/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 76.19 | | 119,634.24 |
| 11/21/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 139.86 | 119,494.38 |
| 11/30/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 63.89 | | 119,558.27 |
| 12/10/07 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 139.86 | 119,418.41 |
| 12/31/07 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 57.11 | | 119,475.52 |
| 01/03/08 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 343.06 | 119,132.46 |
| 01/10/08 | | FOLEY & LARDNER | REIMBURSEMENT Reimburse estate for Iron Mountain record retrieval fees | 8500-000 | | -199.20 | 119,331.66 |
| | | | Subtotals : | | $121,708.27 | $2,376.61 | |

{} Asset reference(s)

Printed: 08/11/2009 08:53 AM    V.11.50

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-04073C | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** MARKWELL HILLSIDE LLC | **Bank Name:** BANK OF AMERICA, N.A. |
| f/d/b/a HOLIDAY INN HILLSIDE | **Account:** ********21 - Money Market |
| **Taxpayer ID #:** 38-3666655 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/11/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | (non-compensable) | | | | |
| 01/31/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 47.25 | | 119,378.91 |
| 02/04/08 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 252.98 | 119,125.93 |
| 02/29/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 28.32 | | 119,154.25 |
| 03/11/08 | | Transfer to Acct #3754901834 | Bank Funds Transfer For interim distribution to<br>administrative claimants | 9999-000 | | 30,000.00 | 89,154.25 |
| 03/17/08 | | Transfer to Acct #3754901834 | Bank Funds Transfer | 9999-000 | | 20,346.94 | 68,807.31 |
| 03/31/08 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 21.39 | | 68,828.70 |
| 04/18/08 | Int | BANK OF AMERICA, N.A. | Interest Earned | 1270-000 | 7.99 | | 68,836.69 |
| 04/18/08 | | BANK OF AMERICA | TRANSFER TO JPMC | 9999-000 | | 68,836.69 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 121,813.22 | 121,813.22 | $0.00 |
| Less: Bank Transfers | 0.00 | 122,012.42 | |
| **Subtotal** | 121,813.22 | -199.20 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $121,813.22 | $-199.20 | |

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-04073C | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** MARKWELL HILLSIDE LLC | **Bank Name:** BANK OF AMERICA, N.A. |
| f/d/b/a HOLIDAY INN HILLSIDE | **Account:** ********34 - Checking - Non Interest |
| **Taxpayer ID #:** 38-3666655 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/11/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 79.69 | | 79.69 |
| 02/09/07 | 2001 | INTERNATIONAL SURETIES, LTD. | BOND #016026455 | 2300-000 | | 79.69 | 0.00 |
| 02/19/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 650.12 | | 650.12 |
| 02/20/07 | 2002 | IRON MOUNTAIN | STORAGE AND DESTRUCTION FEES | 2410-000 | | 650.12 | 0.00 |
| 03/23/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 244.20 | | 244.20 |
| 03/27/07 | 2003 | IRON MOUNTAIN | STORAGE FEES | 2410-000 | | 244.20 | 0.00 |
| 04/24/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 139.86 | | 139.86 |
| 04/25/07 | 2004 | IRON MOUNTAIN | STORAGE FEES | 2410-000 | | 139.86 | 0.00 |
| 05/09/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 139.86 | | 139.86 |
| 05/10/07 | 2005 | IRON MOUNTAIN | STORAGE FEES | 2410-000 | | 139.86 | 0.00 |
| 06/21/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 139.86 | | 139.86 |
| 06/22/07 | 2006 | IRON MOUNTAIN | STORAGE FEES | 2410-000 | | 139.86 | 0.00 |
| 07/23/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 139.86 | | 139.86 |
| 07/24/07 | 2007 | IRON MOUNTAIN | STORAGE FEES | 2410-000 | | 139.86 | 0.00 |
| 08/21/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 139.86 | | 139.86 |
| 08/22/07 | 2008 | IRON MOUNTAIN | STORAGE FEES | 2410-000 | | 139.86 | 0.00 |
| 09/24/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 139.86 | | 139.86 |
| 09/25/07 | 2009 | IRON MOUNTAIN | STORAGE FEES | 2410-000 | | 139.86 | 0.00 |
| 10/12/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 139.86 | | 139.86 |
| 10/22/07 | 2010 | IRON MOUNTAIN | STORAGE FEES | 2410-000 | | 139.86 | 0.00 |
| 11/21/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 139.86 | | 139.86 |
| 11/27/07 | 2011 | IRON MOUNTAIN | STORAGE FEES | 2410-000 | | 139.86 | 0.00 |
| 12/07/07 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 139.86 | | 139.86 |
| 12/11/07 | 2012 | IRON MOUNTAIN | STORAGE FEES | 2410-000 | | 139.86 | 0.00 |
| 01/03/08 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 343.06 | | 343.06 |
| 01/10/08 | 2013 | IRON MOUNTAIN | Record storage and retrieval fees ($199.20 retrieval fees reimbursed by F&L) | 2410-000 | | 343.06 | 0.00 |
| 02/04/08 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 252.98 | | 252.98 |
| 02/05/08 | 2014 | INTERNATIONAL SURETIES, LTD. | BOND #016026455 | 2300-000 | | 109.12 | 143.86 |
| 02/05/08 | 2015 | IRON MOUNTAIN | STORAGE FEES | 2410-000 | | 143.86 | 0.00 |
| 03/11/08 | | Transfer from Acct #3754901821 | Bank Funds Transfer For interim distribution to administrative claimants | 9999-000 | 30,000.00 | | 30,000.00 |
| 03/12/08 | 2016 | HOLIDAY HOSPITALITY FRANCHISING, IN | Claim 1, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 831.35 | 29,168.65 |
| 03/12/08 | 2017 | GARVEY'S OFFICE PRODUCTS | Claim 10, Payment 6.960% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 30.76 | 29,137.89 |
| 03/12/08 | 2018 | HANSEN SERVICES | Claim 11, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 145.81 | 28,992.08 |
| | | | Subtotals : | | $32,828.79 | $3,836.71 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-04073C | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** MARKWELL HILLSIDE LLC | **Bank Name:** BANK OF AMERICA, N.A. |
| f/d/b/a HOLIDAY INN HILLSIDE | **Account:** ********34 - Checking - Non Interest |
| **Taxpayer ID #:** 38-3666655 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/11/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/08 | 2019 | ILLINOIS DEPARTMENT OF REVENUE | Claim 12, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6820-000 | | 6,450.74 | 22,541.34 |
| 03/12/08 | 2020 | JEANNE D. WALICZEK | Claim 13, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 94.50 | 22,446.84 |
| 03/12/08 | 2021 | JOB 1 FIRE PROTECTION SERVICES | Claim 14, Payment 6.958% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 10.84 | 22,436.00 |
| 03/12/08 | 2022 | LATO SUPPLY CO. | Claim 15, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 508.13 | 21,927.87 |
| 03/12/08 | 2023 | LEZZA SPUMONI & DESSERTS, INC. | Claim 16, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 27.49 | 21,900.38 |
| 03/12/08 | 2024 | PER MAR SECURITY | Claim 17, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 285.58 | 21,614.80 |
| 03/12/08 | 2025 | QSL ENTERPRISES, LLC | Claim 18, Payment 6.960% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 61.94 | 21,552.86 |
| 03/12/08 | 2026 | SPECIAL T UNLIMITED | Claim 19, Payment 6.962% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 5.83 | 21,547.03 |
| 03/12/08 | 2027 | JOEL A. SCHECHTER | Claim 2, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6700-000 | | 1,283.57 | 20,263.46 |
| 03/12/08 | 2028 | STEINER ELECTRIC COMPANY | Claim 20, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 40.97 | 20,222.49 |
| 03/12/08 | 2029 | TNC, INC. | Claim 21, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 1,075.14 | 19,147.35 |
| 03/12/08 | 2030 | VAL-U-CHEM, INC. | Claim 22, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 15.33 | 19,132.02 |
| 03/12/08 | 2031 | VIDTECH AUDIO VISUAL, INC. | Claim 23, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 122.90 | 19,009.12 |
| 03/12/08 | 2032 | VILLAGE OF HILLSIDE | Claim 24, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6820-000 | | 4,011.79 | 14,997.33 |
| 03/12/08 | 2033 | ASPEN SPECIALITY INSURANCE | Claim 25, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 90.47 | 14,906.86 |
| 03/12/08 | 2034 | ADVOCATE OCCUPATIONAL HEALTH | Claim 3, Payment 6.958% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 31.06 | 14,875.80 |
| 03/12/08 | 2035 | ARAMARK UNIFORM & CAREER APPAREL | Claim 4, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 961.66 | 13,914.14 |
| 03/12/08 | 2036 | CHEM-WISE PEST MANAGEMENT | Claim 5, Payment 6.960% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 13.92 | 13,900.22 |
| 03/12/08 | 2037 | CITGO FLEET | Claim 6, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 437.66 | 13,462.56 |
| 03/12/08 | 2038 | CITIZEN'S FINANCIAL SERVICES, | Claim 7, Payment 6.959% ADMINISTRATIVE | 6950-000 | | 13,196.76 | 265.80 |

|  | Subtotals : | $0.00 | $28,726.28 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-04073C |
| Case Name: | MARKWELL HILLSIDE LLC |
| | f/d/b/a HOLIDAY INN HILLSIDE |
| Taxpayer ID #: | 38-3666655 |
| Period Ending: | 08/11/09 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account: | ********34 - Checking - Non Interest |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | FSB | CLAIM-INT DIVIDEND | | | | |
| 03/12/08 | 2039 | COURTESY PRODUCTS | Claim 8, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 103.25 | 162.55 |
| 03/12/08 | 2040 | DENORMANDIE TOWEL SERVICE | Claim 9, Payment 6.959% ADMINISTRATIVE CLAIM-INT DIVIDEND | 6950-000 | | 162.55 | 0.00 |
| 03/17/08 | | Transfer from Acct #3754901821 | Bank Funds Transfer | 9999-000 | 20,346.94 | | 20,346.94 |
| 03/18/08 | 2041 | ALAN D. LASKO & ASSOCIATES, P.C. | ACCOUNTANTS FEES & EXPENSES PER O/C 3-11-08 | | | 19,888.95 | 457.99 |
| 03/18/08 | 2042 | IRON MOUNTAIN | STORAGES FEES AND RECORD RETRIEVAL | 2410-000 | | 457.99 | 0.00 |
| 03/18/08 | | | Fees                    19,850.70 | 3410-000 | | | 0.00 |
| 03/18/08 | | | Expenses                    38.25 | 3410-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 53,175.73 | 53,175.73 | $0.00 |
| Less: Bank Transfers | | 53,175.73 | 0.00 | |
| Subtotal | | 0.00 | 53,175.73 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $53,175.73 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****47-65 | 5,588.03 | 0.00 | 0.00 |
| Checking # ***-*****47-66 | 0.00 | 74,424.72 | 0.00 |
| MMA # ********21 | 121,813.22 | -199.20 | 0.00 |
| Checking # ********34 | 0.00 | 53,175.73 | 0.00 |
| | $127,401.25 | $127,401.25 | $0.00 |